UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MICHAEL PELHAM, III,

    Defendant.

---

DMA Case No.   1:10-MJ-1139
SDFL Case No.  10-CR-80131

## ORDER

The sum of $5,000.00 was deposited into the Registry of this Court on September 24, 2010 by the Defendant, James Michael Pelham, III, to secure his appearance to answer to charges pending against him in the U.S. District Court in the Southern District of Florida. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Southern District of Florida in the amount of $5,000.00 representing the transfer of said bail deposit.

Dated: October 13, 2010

                                              Hon. Judith G. Dein
                                              Chief United States Magistrate Judge